UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

VS.

JOSE LAGUER-SANCHEZ

*WARRANT FOR ARREST*

CRIMINAL NO. 98-146-01 (JAF)

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JOSE LAGUER SANCHEZ**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court      [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS
                            CONDITIONS OF SUPERVISION.

(ORDER TO SHOW CAUSE HEARING IS SET FOR FEBRUARY 25TH, 2002, AT 1:30 P.M.)

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | FEBRUARY 4TH, 2002, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL-------------   By REBECCA AGOSTINI VIANA
                                                   Name of Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
FOB HATO REY, PR

| DATE RECEIVED 2/5/02 | NAME & TITLE OF ARRESTING OFFICER RAFAEL ESCOBAR SDUSM | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 2/8/02 | | |